MEDIA QUEUE, LLC, Plaintiff–
Appellant,

v.

NETFLIX, INC., Defendant–
Cross Appellant,

and

Blockbuster, Inc., Defendant–Appellee,

and

Greencine Holdings, LLC, Defendant.

Nos. 2010–1199, 2010–1344.

United States Court of Appeals,
Federal Circuit.

Sept. 10, 2010.

Before LOURIE, Circuit Judge.

## ON MOTION

### ORDER

Upon consideration of Amazon.com Inc., Facebook, Inc., Microsoft Corp., Oracle Corp., Samsung Electronics Co., Ltd., Toyota Motor Sales, U.S.A., Inc., and Yahoo! Inc.'s motion for leave to file a brief amicus curiae in support of Netflix, Inc.,

IT IS ORDERED THAT:

The motion is granted.